1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**
8           **DISTRICT OF NEVADA**
9
10   ROBIN MARIE HEAD,
11          Plaintiff,                          Case No. 2:08-CV-01028-KJD-PAL
12   v.                                         **ORDER**
13   FEDERAL BUREAU OF
     INVESTIGATION, *et al*.,
14
15          Defendants.
16
17          Presently before the Court is the Order and Report of Findings and  Recommendation (#2) of
18   Magistrate Judge Peggy A. Leen recommending that Plaintiff's complaint be dismissed with
19   prejudice as delusional and frivolous.  Though the time for doing so has passed, no objections to the
     magistrate judge's order have been filed.  The Court has conducted a *de novo* review of the
20   record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court finds
21   that the Order and Report of Findings and  Recommendation (#2) of the United States Magistrate
22   Judge entered October 15, 2008, should be adopted and affirmed.
23          IT IS THEREFORE ORDERED that Order and Report of Findings and  Recommendation
24   (#2) of the United States Magistrate Judge entered October 15, 2008, is **ADOPTED** and
25   **AFFIRMED**;
26

1          IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice as**

2    **delusional and frivolous**.

3          DATED this 19th day of November 2008.

4

5

6                                                    _____

7                                                    Kent J. Dawson
                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26